**STATE of Missouri, Respondent,**

v.

**Charles V. McDANIEL, Appellant.**

**No. WD 40763.**

Missouri Court of Appeals,
Western District.

Jan. 23, 1990.

James F. Speck, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, J., Presiding, and SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM:

The appellant appeals from convictions of first degree assault and armed criminal action and from denial of his Rule 29.15 motion for postconviction relief.

The convictions are affirmed pursuant to Rule 30.25(b); denial of appellant's postconviction relief is affirmed pursuant to Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Paul E. McFARLAND, Appellant.**

**No. WD 41861.**

Missouri Court of Appeals,
Western District.

Jan. 23, 1990.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from convictions of second degree burglary and resisting arrest, and from two concurrent five-year terms of imprisonment.

Affirmed. Rule 30.25(b).